# United States Court of Appeals
## For the First Circuit

Nos.   07-2078
       07-2246

BOSTON DUCK TOURS, LP,

Plaintiff-Appellee, Cross-Appellant,

v.

SUPER DUCK TOURS, LLC,

Defendant-Appellant, Cross-Appellee.

**ERRATA SHEET**

The opinion of this Court issued on June 18, 2008, is amended as follows:

On the coversheet, replace "Victor H. Polk, Jr., with whom Ralph C. Martin, II, Joshua M. Dalton, Lawrence T. Stanley, Jr., and Bingham McCutchen LLP, were on brief for defendant, appellant." with "Joshua M. Dalton, with whom Victor H. Polk, Jr., Ralph C. Martin, II, Lawrence T. Stanley, Jr., and Bingham McCutchen LLP, were on brief for defendant, appellant."

On p. 41, line 6 of footnote 24:  "sighting" should be "sightseeing"